IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HAMAD MOSHEN THABIT SAAD SAYAD,

Petitioner,

v.

SERGIO ALBARRAN, et al.,

Respondents.

Case No. 26-cv-12813-CRB

**ORDER TO SHOW CAUSE**

Petitioner Hamad Moshen Thabit Saad Sayad has filed a habeas petition in connection with his ICE reporting and supervision requirements. See Petition (dkt. 1). Good cause appearing therefor, the Court ORDERS Respondents to file a response to the petition by December 22, 2026. Petitioner may then file a reply to that response by January 19, 2026 if he wishes to do so.

**IT IS SO ORDERED.**

Dated: November 10, 2026

CHARLES R. BREYER
United States District Judge