United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

HAMAD MOSHEN THABIT SAAD SAYAD,

Petitioner,

v.

SERGIO ALBARRAN, et al.,

Respondents.

Case No. 26-cv-12813-CRB

**AMENDED ORDER TO SHOW CAUSE**

Petitioner Hamad Moshen Thabit Saad Sayad has filed a habeas petition in connection with his ICE reporting and supervision requirements. See Petition (dkt. 1). Good cause appearing therefor, the Court ORDERS Respondents to file a response to the petition by December 22, 2026. Petitioner may then file a reply to that response by January 19, 2027 if he wishes to do so.

**IT IS SO ORDERED.**

Dated: November 10, 2026

CHARLES R. BREYER
United States District Judge